# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2025

## NO. 03-23-00536-CV

**Puja Kasturi Allepalli, Appellant**

**v.**

**Prasun K. Allepalli, Appellee**

---

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the final decree of divorce signed by the trial court on June 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's final decree of divorce. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.